IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARK ANTHONY NELSON,

     Petitioner,

-vs-

DONALD GAETZ,

     Respondent.                   No. 11-cv-1011-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on July 8, 2013, the Report and Recommendation of Magistrate Judge Donald G. Wilkerson is adopted.  Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED** with prejudice.

     **Dated**: July 8, 2013

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT

                                      BY:  *s/Sara Jennings*
                                              Deputy Clerk

Digitally signed by David R. Herndon
Date: 2013.07.08 16:08:58 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT